**Rural COOK, Lonnie Cook, Employers' Liability Assurance Corp., Ltd. and Peerless Insurance Company.**

**No. 47040.**

Jan. 20, 1964.

In re: Peter J. Casano and Maren Ruello applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 157 So.2d 616.

The application is denied. We find no error of law in the judgment complained of.

159 So.2d 287

**Harry E. SARTORI**

v.

**James H. HUNTER, dba J. H. Hunter, Contractor.**

**No. 47049.**

Jan. 20, 1964.

In re: James H. Hunter, dba J. H. Hunter, Contractor, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 158 So. 2d 457.

The application is denied. The judgment complained of is not final.

159 So.2d 287

**Joe YOUNGBLOOD**

v.

**NEWSPAPER PRODUCTION COMPANY, Inc., et al.**

**No. 47050.**

Jan. 20, 1964.

In re: Reliance Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 158 So.2d 432.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

159 So.2d 288

**Sidney E. KAY**

v.

**LUMBERMEN'S MUTUAL CASUALTY COMPANY, Firemen's Insurance Company of Newark, New Jersey, and D. S. Norris.**

**No. 47051.**

Jan. 20, 1964.

In re: D. S. Norris applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Morehouse. 158 So.2d 422.

Writ refused. On the facts found by the Court of Appeal its judgment is correct.